| Idaho Falls | Pocatello | Twin Falls | Meridian |
|---|---|---|---|
| 770 S. Woodruff | 410 Yellowstone | 808 Eastland Dr. | 3090 Gentry |
| Idaho Falls, ID 83401 | Pocatello, ID 83201 | Suite B | Suite 150 |
| 208.524.3020 | 208.232.3020 | Twin Falls, ID 83301 | Meridian, ID 83642 |
| 208.524.2051 fax | 208.904.4905 fax | 208.733.3030 | 208.639.9400 |
| | | 208.944.2802 fax | 208.297.5553 fax |

# Avery Law

averybklaw@gmail.com (goes to all offices)
John's Cell 208-589-3342

RIGHTS AND RESPONSIBILITIES AGREEMENT
BETWEEN CHAPTER 7 DEBTORS AND THEIR ATTORNEYS
*United States Bankruptcy Court*
*District of Idaho*

Chapter 7 puts burdens on debtors, such as the burden of making complete and truthful disclosures of their financial situation. It is important for debtors who file a Chapter 7 bankruptcy case to understand their rights and responsibilities in bankruptcy. In this connection, the advice of an attorney is crucial. Debtors are entitled to expect certain services will be performed by their attorneys, but debtors also have responsibilities to their attorneys. In order to assure that debtors and their attorneys understand their rights and responsibilities in the Chapter 7 process, the Bankruptcy Code requires the rights and responsibilities of a debtor and their attorney be specified in writing. The parties therefore have entered into the following agreement, setting out the rights and responsibilities of both debtors in Chapter 7 and their attorneys. By signing this agreement, debtors and their attorney accept these responsibilities.

I.    BEFORE THE CASE IS FILED

A.  THE DEBTOR AGREES TO:

1. Discuss with the attorney the debtor's objectives in filing the case.

2. Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income for the last six months preceding the date of filing. Debtor will also provide all pay stubs received in the last 60 days before filing. Debtor will provide attorney with the address each creditor has used in the last two preceding statements received within the last 90 days and the complete account number related to each debt.

3. Attend a briefing (which may be conducted by telephone or on the internet) from an approved nonprofit budget or credit counseling agency which outlines the opportunities for available credit counseling and related budget analysis.

B. THE ATTORNEY AGREES TO:

1. Personally counsel the debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures (as well as non-bankruptcy options) with the debtor, and answer the debtor's questions, after running the means test.

2. Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in this case, as required by Local Bankruptcy Rule and explain how and when the attorney's fees and the trustee's fees are determined and paid.

3. Review with the debtor and sign the completed petition, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later.

4. Timely prepare and file the debtor's petition, statements, and schedules.

5. Explain to the debtor their rights related to secured property and the debtor's options regarding surrender, redemption, reaffirmation, and retention.

6. Conduct a reasonably diligent independent investigation regarding debtor's assets and debts.

7. Provide debtor with Clerk's Notice required by 11 USC 342.

II. AFTER THE CASE IS FILED

A. THE DEBTOR AGREES TO:

1. Provide to the trustee and to his attorney copies of his last two year's tax returns soon enough that attorney can provide it to the trustee, no later than seven days prior to the date scheduled for the first meeting of creditors.

2. Appear at the meeting of creditors (also called the "Section 341(a) meeting") with recent proof of income, picture identification, and proof of the debtor's social security number, and any other required information.

3. Notify the attorney and the trustee of any change in the debtor's address or telephone number.

4. Inform the attorney of any wage garnishment, levies, liens or repossessions of or on assets that occur or continue after the filing of the case.

5. Contact the attorney immediately if the debtor loses employment, has a significant change in income, or experiences any other significant change in financial situation (such as serious illness, lottery winnings, or an inheritance).

6. Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

7. Provide the attorney and the trustee with copies of income tax returns for the subsequent year contemporaneous with its filing with the taxing authorities, and provide the trustee with any refunds received, as required by the Court's Income Tax Turnover Order. Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS, the State of Idaho, or other entities.

8. Complete required credit counseling program and provide certification of its completion to trustee and attorney within 30 days of the meeting of creditors.

9. Cooperate with the attorney and the trustee in regard to questions about the allowance or disallowance of claims.

10. Within 30 days of the meeting of creditors, complete surrender, redemption or reaffirmation with all secured creditors as contemplated on debtor's intention statement.

B. THE ATTORNEY AGREES TO:

1. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time, and place of that meeting.

2. Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3. Provide knowledgeable legal representation for the debtor at the Section 341(a) meeting of creditors and at any subsequent hearing, where attorney is retained to do so.

4. If the attorney finds it necessary for another attorney to appear and attend the Section 341(a) meeting or any court hearing, personally explain to the debtor, in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5. Ensure timely submission to the trustee of properly documented proof of income for the debtor, including business reports for self-employed debtor, as requested.

6. Timely respond to U. S. Trustee and trustee's informational requests, before the first meeting of creditors.

7. Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8. Be available to respond to the debtor's questions throughout the bankruptcy process.

9. Timely respond to motions for relief from stay, where retained to do so by debtor.

10. Prepare, file, and serve all appropriate motions to avoid liens, where retained to do so by debtor.

11. Execute, negotiate and return all creditor prepared reaffirmation agreements received before the first meeting of creditors.

12. Provide any other legal services necessary for the administration of this case before the bankruptcy court.

### Attorney Fees & Costs Options

| Consumer Bankruptcy (Business Bankruptcy as Agreed) ||
|---|---|
| **Fees & Costs Paid in Full at Time of Filing** | **Fees & Costs Payment Arrangement** |
| Attorney Fees: $1,200 | Attorney Fees: $1,500 |
| Court Filing Fee: $338 | Court Filing Fee: $338 |
| Credit Report: $37 (individual), $77 (couple) | Credit Report: $37 (individual), $77 (couple) |
| 720 Credit Repair Program: $100 | 720 Credit Repair Program: $100 |
| **Total: $1,675 (Individual) or $1,715 (couple), paid in full prior to filing bankruptcy** | **Total: $1,975 (individual) or $2,015 (couple), Amount paid prior to filing $475 (individual) or $515 (couple), remaining $1,500 to be paid by automatic payments of $300/month over 5 months.** |

> WE ALSO OFFER LONG-TERM EXTENDED PAYMENT PLANS.
> CONSULT YOUR ATTORNEY ABOUT THIS OPTION.

### Schedule of Other Fixed Fees

| | |
|---|---|
| Amendment of Schedules (due to late or erroneous information from client) | $125 per schedule |
| Late Creditor Supplied or Client Initiated Reaffirmation Agreements | $215 |
| Pre-Filing Homestead Exemptions | $300 Plus $13 Recording Fee |
| Lien Avoidance Motions (per creditor) | $325 Plus $13 Recording Fee and $11 Authentication fee From Court |

| Above Median Income Debtor(s) | $300 |
|---|---|
| Business Surcharge | $500 |
| 3% surcharge for debit and credit card processing ||

**Regardless of whether a debtor has paid in full, once a case is filed the attorney has an ethical obligation to represent the debtor until the case is completed, or the attorney withdraws representation with court permission. Any money still owing to attorney at the time of filing <u>is a dischargeable debt</u> and the attorney may not ask to be paid this money or withhold representation because of unpaid pre-petition fees. Debtor will still be responsible for full payment of all services rendered after filing of the bankruptcy case.**

### ALLOWANCE AND PAYMENT OF ATTORNEY'S FEES

Any attorney retained to represent a debtor in a Chapter 7 case is responsible for representing the debtor on all matters arising in the case, unless otherwise ordered by the court. For such services, as set forth above, provided before the first meeting of creditors, the attorney will be paid a fixed fee of $ _1337_ (exclusive of court filing fees). As not everyone requires all of the above services, our contract unbundles certain services and you will receive a supplemental bill for some of these services, including processing of tax returns and refunds.

Your case manager will estimate and collect or arrange payment from you for the supplemental charges for handling of your post filing tax returns and refunds due after the year after your bankruptcy case is filed.

It is understood that 1) adding creditors before the 341 meeting of creditors hearing, you will be charged (and agree to pay) a $31.00 amendment court filing fee each time new creditors are added to the filed case; or 2) after the 341 meeting of creditors hearing but before the court sends us the discharge letter, you will be charged (and agree to pay) a $31.00 amendment court filing fee, as applicable, each time new creditors are added to the filed case or for any other necessary amendments post filing PLUS $250/hour for attorney work and $85/hour for paralegal work to properly add creditors.

The parties agree that any work required after the first meeting of creditors and by adversary proceedings shall be billed for associate attorney's regular hourly rate of $250/hour. Attorney's John Avery, Mark Avery, and Ryan Farnsworth are billed at $325/hour. Paralegal time is billed at $85/hour. These hourly rates will apply to all work done that falls outside the scope of the above mentioned fixed rates of service.

### Debt Adjustment Clients

We agree Avery Law will complete the work under the following terms. $1000 advance payment which is earned upon retention and is non-refundable, thereafter the client will be charge a 15% contingency rate of monies saved while negotiating settlement and will be payable upon completion of the contract. Parties agree that the base debt submitted for calculation is $_____.

### Adversary Proceedings

An adversary proceeding is a lawsuit that is filed separate from but is related to the bankruptcy. The chances of your case involving an adversary proceeding are low. However, if an adversary proceeding is

opened in your case, Avery Law does not represent you unless a separate agreement is made regarding that representation. Adversary proceedings are billed according to the hourly rates as explained above.

## General Provisions

The attorney may receive some portion of the described fixed fee before the filing of the case. In addition to other disclosures required by the Rules, the attorney shall disclose, in any application for additional fees, any and all fees previously paid by the debtor.

If the debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, including this fixed fee, the debtor may file an objection with the court and request a hearing. A portion of the fixed fee is for post-filing work up to the Meeting of Creditors. Any portion of fees that are owed for pre-petition work at the time of filing is subject to discharge.

If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for an order allowing the attorney to withdraw from the case.

I hereby request, authorize, and direct said attorney to, and give him my power of attorney to make, execute, sign and endorse any and all claims, complaints, pleadings, contracts, settlements, compromises, releases, dismissals or any other documents or papers and any settlement checks, or drafts relating to this matter that I could myself sign, make, execute or endorse.

In the event Debtor fails to complete the contract and does not file a bankruptcy case, the parties agree that attorney is entitled to retain that portion of funds paid and entitled to in quantum meruit, (this means the fair value of their time at the customary attorney fee rate) including up to $100/month office handling fee to keep file open.

The debtor may discharge the attorney at any time.

Debtor: _____  Date: 12/29/22

Co Debtor: _____  Date: ___/___/___

Attorney for Debtor(s): _____  Date: 12/29/2022