**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:                                            ) | |
|                                                      ) | |
| Scott Anthony Maher                    ) | Case Number:     22−00577−NGH |
| 10320 Whispering Cliffs Dr            ) | |
| Boise, ID 83704                            ) | Chapter Number: 7 |
|                                                      ) | |
| Social Security No.: xxx−xx−6898  ) | |
| Employer's Tax I.D. No.:                ) | |
|                                                      ) | |
|                     Debtor                    ) | |
|                                                      ) | |

_____

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING CASE

IT APPEARING to the Court that the Trustee in this case has filed a report of no distribution and the Trustee has performed all duties required in the administration of this estate;

IT IS ORDERED that the report is APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the case is CLOSED.

AUDIT NOTICE: If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334−1300.

Dated: 12/14/23

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of Idaho

In re:                                                        Case No. 22-00577-NGH

Scott Anthony Maher                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0976-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: oclose7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

**Recip ID                      Recipient Name and Address**
db                         +  Scott Anthony Maher, 10320 Whispering Cliffs Dr, Boise, ID 83704-1909

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Holly E Sutherland | on behalf of Debtor Scott Anthony Maher holly@averylaw.net averybklaw@gmail.com;boise@averylaw.net;twinfalls@averylaw.net;lawar78055@notify.bestcase.com;sutherland.hollyb119503@notify.bestcase.com |
| Patrick John Geile | on behalf of Trustee Patrick John Geile pgeile@foleyfreeman.com ID21@ecfcbis.com;abennett@foleyfreeman.com |
| Patrick John Geile | pgeile@foleyfreeman.com ID21@ecfcbis.com;abennett@foleyfreeman.com |
| Ronald Robert Shepherd | on behalf of Plaintiff Mark Langford Deborah Cole ron@sheplawgroup.net brenda@rshepherdlaw.com |
| Ronald Robert Shepherd | on behalf of Plaintiff David Fitzpatrick ron@sheplawgroup.net brenda@rshepherdlaw.com |

District/off: 0976-1                             User: admin                                      Page 2 of 2
Date Rcvd: Dec 14, 2023                          Form ID: oclose7                                 Total Noticed: 1

Ronald Robert Shepherd
                    on behalf of Plaintiff Patricia Paulin (fka Fitzpatrick) ron@sheplawgroup.net  brenda@rshepherdlaw.com

US Trustee
                    ustp.region18.bs.ecf@usdoj.gov


TOTAL: 7